IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS,<br><br>Plaintiff,<br><br>v.<br><br>RALPH R. NELSON,<br><br>Defendant. | 04 12657<br><br>Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff the American Registry of Radiologic Technologists ("ARRT") hereby states that it is a Minnesota Corporation. There are no publicly-held companies owning ten (10) percent or more of the stock of ARRT. Furthermore, ARRT has no parent company, and owns no subsidiaries.

3781158v1

|  |  |
|---|---|
| DATED: December 20, 2004 | Respectfully submitted,<br><br>CHOATE HALL & STEWART<br><br>By: _____<br>  Robert M. Buchanan, Jr. (Bar No. 545910)<br>  Mark S. Freeman (Bar No. 636290)<br>53 State Street<br>Boston, Massachusetts 02109-2804<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br><br>AND<br><br>DORSEY & WHITNEY LLP<br><br>James K. Langdon II (MN Bar No. 0171931)<br>Kimberly Fuhrman (MN Bar No. 0301772)<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-8800<br><br>*Attorneys for Plaintiff*<br>*American Registry of Radiologic Technologists* |