SCANNED
DATE: 3.8.05
BY: Cris

# United States District Court

DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF RADIOLOGIC
TECHNOLOGISTS,

           Plaintiff

V.

RALPH R. NELSON,

           Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 1265 MLW

FILED
CLERK'S OFFICE
2005 MAR -7 P 1:55
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of defendant)

Ralph R. Nelson
57 Charter Street, Apt. 2A
Boston, Massachusetts 02113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Buchanan, Jr.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA 02109
(617) 248-5000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 1-20-04

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1/25/05 |
| NAME OF SERVER (PRINT)  George Hebert | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left Summons taped to the defendant's door. Address is/was thought to be defendant's usual place of abode.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/26/05
            Date

Signature of Server

6 Beacon St., Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.