IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF RADIOLOGIC )
TECHNOLOGISTS, )
)
Plaintiff, )
)
v. ) Civil Action No. 04-12657-MLW
)
RALPH R. NELSON, )
)
Defendant. )
)

**AFFIDAVIT OF JAMES K. LANGDON II
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

James K. Langdon II, duly sworn on oath, states as follows:

1. I am a partner in the firm of Dorsey & Whitney LLP, which is located at 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

2. I have been admitted to practice before the following courts in the years indicated:

| Court | Year of Admission |
| --- | --- |
| Minnesota States Courts | 1986 |
| Federal District Court, District of Minnesota | 1986 |
| United States Court of Appeals, Seventh Circuit | 1987 |
| United States Court of Appeals, Eighth Circuit | 1990 |
| United States District Court, District of Arizona | 1991 |
| United States Court of Appeals, Fifth Circuit | 1994 |
| United States Court of Appeals, Tenth Circuit | 1997 |

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court of Massachusetts.

FURTHER AFFIANT SAYETH NOT.

_____
James K. Langdon II

Subscribed and sworn to before me this 21st day of March, 2005.

_____
Notary Public

VICKI K. CHRYST
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010