IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 3/16/05
By M.P.
Deputy Clerk

AMERICAN REGISTRY OF RADIOLOGIC )
TECHNOLOGISTS, )
)
    Plaintiff, )
)
v. )  Civil Action No. 04-12657-MLW
)
RALPH R. NELSON, )
)
    Defendant. )
)

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), plaintiff, American Registry of Radiologic Technologists ("ARRT"), through its counsel Mark S. Freeman, hereby moves this Court to admit Kimberly Fuhrman pro hac vice. In support of this Motion, ARRT states:

1.     Ms. Fuhrman is a partner in the law firm of Dorsey & Whitney LLP which is locatd at 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

2.     Ms. Fuhrman has been admitted to practice before the following courts in the years indicated:

| Court | Year of Admission |
|---|---|
| Minnesota State Courts | 2001 |
| Federal District Court, District of Minnesota | 2001 |
| Federal District Court, Eastern District of Wisconsin | 2002 |

3.     Ms. Fuhrman is a member in good standing of all of the courts to which she has been admitted, is eligible to practice before said courts, and is not currently suspended, disbarred, or the subject of any disciplinary proceeding in any jurisdiction.

4.   In accordance with Local Rule 83.5.3(b), attached to this Motion is an affidavit signed by Ms. Fuhrman which confirms the facts set forth in paragraph 2 above.

WHEREFORE, in accordance with the provisions of Local Rule 83.5.3(b), ARRT respectfully requests that Kimberly Fuhrman be permitted to practice before this Court in the above-captioned matter.

DATED: March 18, 2005

Respectfully submitted,

CHOATE HALL & STEWART

By: _____
Robert M. Buchanan, Jr. (Bar No. 545910)
Mark S. Freeman (Bar No. 636290)
53 State Street
Boston, Massachusetts 02109-2804
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

*Attorneys for Plaintiff*
*American Registry of Radiologic Technologists*

3858567v1

FILING FEE PAID:
RECEIPT # 62901
AMOUNT $ 50.00
DEPUTY CLK mok
DATE 3/21/05

## CERTIFICATE OF SERVICE

     I, Deborah J. Dion, hereby certify that true copies of Motion for Admission Pro Hac Vice and Affidavit of Kimberly Fuhrman in Support of Motion Pro Hac Vice were served on March 18, 2005 via first class mail on Ralph R. Nelson, P.O. Box 130295 Boston, Massachusetts 02113.

                                                                         Deborah J. Dion

3880220v1