IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, </br></br>Plaintiff, </br></br>v. </br></br>RALPH R. NELSON, </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 04-12657-MLW </br> ) </br> ) </br> ) </br> ) |

**AFFIDAVIT OF KIMBERLY FUHRMAN
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Kimberly Fuhrman, duly sworn on oath, states as follows:

1. I am an associate in the firm of Dorsey & Whitney LLP which is located at 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

2. I have been admitted to practice before the following courts in the years indicated:

| Court | Year of Admission |
|---|---|
| Minnesota States Courts | 2001 |
| Federal District Court, District of Minnesota | 2001 |
| Federal District Court, Eastern District of Wisconsin | 2002 |

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court of Massachusetts.

FURTHER AFFIANT SAYETH NOT.

_____
Kimberly Fuhrman

Subscribed and sworn to before me
this 16th day of March, 2005.

_____
Notary Public

ALICE A. JAWORSKI
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010