UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

American Registry of Radiologic Technologists

   Plaintiff,

vs.                                 Civil Action No. 04 12657 MLW

Ralph R. Nelson

   Defendant

---

## Clarifications Provided By The Defendant

1. The plaintiff stated that they have "continuing education issues." I was devoting 20 hours per week toward continuing education. So what are the ARRT's "issues" ? That I was committing *too much* time toward continuing education?

2. I must request yet again, to stop slandering my name. Stop the dishonesty.

3. The plaintiff also stated they have "ethical issues." To this I am obligated to address.

4. No human being should have to endure what I endured - the abduction of one's children. The horrific searching. The not knowing what's happening to them. The inability to protect them. No human being should have to endure such a hell.

5. Now, when I was at Mount Auburn hospital, the only thing I had done wrong was my failure to send in my annual dues to the ARRT, because my life was completely turned upside down. Just as I neglected to pay my cable television bill resulting in my television service being disconnected, until by realizing my television didn't work, catching up on my bill. Should I continue to have to apologize for this phase of my life? If the ARRT is

unable to comprehend how the laps in annual dues payment, (and not for five years) and cable payment, and public library book returns, may be neglected in such a situation, I suggest they speak (kindly) to parents who have had their children abducted and ask them what that hell was like.

6. The plaintiff states " for five years." I returned to work in February 1999. I was at Mount Auburn in November 2001. That's not five years. The plaintiff has this information. And as my fellow x-ray technologists know, this period of time was a tremendously difficult, especially when children the same age as my children came in. Aside from administering the test which the ARRT was financially compensated for, my career has never been enriched by the ARRT. My patients care was never enriched by the ARRT. How dare they pass cold judgement upon me for what I went through.

6. When I telephoned the ARRT and kindly asked for resolution to the annual dues payments, the telephone call was suddenly terminated by the ARRT hanging up on me and then refusing to accept my return phone calls. The very last thing the ARRT said to me on the telephone after I asked if I could send in my annual dues was, "you can send us all your money, but it won't do any good" - click!

7. All I was asking of the ARRT was to extend one-tenth of the compassion I extend to my patients on a daily basis. And the ARRT was unable. And every single correspondence from the ARRT has been threatening and bullying. I didn't need or deserve threats and bullying, I needed dialogue. I did not, and do not, deserve this.

8. I absolutely did not misrepresent myself at Mount Auburn hospital. I was asked for my certificate, and I provided the valid authentic certificate. Period.

9. The exact, valid and authentic certificate the ARRT sent to me as documentation that I

completed and "passed" the examination in July 1993.

10. The ARRT was financially compensated by myself for administering the competency examination in July 1993. As part of the financial compensation, the ARRT was required to provide documentation validating that I had in fact "passed" the test. This is that exact document in Exhibit C. Unfortunately, the ARRT did not show this court the reverse side which shows my score on the test and the word "passed".

11. This is the only document that exists that validates the truth that I had the sufficient knowledge to pass the test.

12. And the ARRT wants to erase from the history books the fact that I passed the test. No one can know that I passed the test. What affect does that have on me?

13. Being able to show you "passed" that test is absolutely crucial if you wish to work in the field of Radiology. If you are unable to show that you "passed" that test, you will not work in the field of radiology. So, by the ARRT wishing to erase all evidence of my passing that test, denies me my right to work. The ARRT continues to dictate who works and who does not work.

14. The ARRT, even though compensated, has not provided any other document that I could use to validate the fact that I passed that test in July 1993.

15. I passed that test. That is my knowledge. My experience. The ARRT does not own my knowledge. The ARRT does not own the fact that I had enough intellect too pass that test. The ARRT can not take from me the fact that I passed that test. And showing Mount Auburn the word "passed" on the only certificate the ARRT provided is not misrepresenting. The fact that I passed that test is the truth.

16. All x-ray technologists have to take this test. And unfortunately, the ARRT is the only place an x-ray technologist can go to take this test. And the ARRT is compensated for administering the test. Once you pass the test - you have passed the test. That's it. You have passed the test. You can not suddenly (un)pass the test. The knowledge demonstrated by passing the test can not be taken from you. That document is the only verification that you possessed the intellect to pass the test. Your intellect is represented in that document. By the ARRT claiming they own the document, they are claiming they own your intellect. How can anyone make this claim ?

17. Verification of passing that test can only come from those who were financially compensated for administering the test. Verification cannot come from anyone else. I can not create such a document. And the only document that the financially compensated test administrators have ever provided to me to verify that truth that I passed the test is the exact document in exhibit C.

18. The only representations I made at Mount Auburn was the showing of the word "passed", (which is required for employment, and which is the truth) and the showing of my valid state license. Both representations were truthful and honest.

19. I only worked at Mount Auburn for one month.

20. As I mentioned previously, I then searched for a hospital that did not require ARRT registration. When I contacted the employment agency, I told them the truth about my having passed the certification exam, (required for any employment) but that I had a problem I was unable to resolve regarding the ARRT considering the payment of the annual dues as an irresolvable situation. The agency responded, that they would like to attempt to resolve the issue for me, because they were "good at resolving issues like this."

Clearly, they could not have made such an offer if I had not been honest with them. This was the last I hear from the agency. I did not pursue the matter because the Whidden hospital had a job that did not require ARRT registration.

21. Towards the end of my employment at the Whidden hospital, the radiology department came under the control of a new manager and a new chief. A new chief who changed the policy. The new policy would require ARRT registration. When everyone was asked for any documentation, I explained to the manager that I had passed the certification exam ( a truth) but that I did not have any registration. ( a truth). I honestly explained the situation. But, of course, whenever you explain the situation, people then contact the ARRT. There is nothing I can do about that.

22. I was told by the manager that the decision was solely that of the new chief. An individual who had never had a conversation with me. I doubt the new chief even knew who I was. I was also told there were " a number" of good technologist being affected by this policy change.

23. There were two important things occurring at this point. 1) There was advocating on my behalf by hospital staff. And 2) there was communication between the Whidden and the ARRT.

24. Several days later, the manager informed me that the new chief was making the policy change universal, and that a number of good x-ray technologists were losing their livelihood.

25. I lost everything. And have permanently left the profession I loved.

26. The State of Massachusetts has since ruled in my favor regarding my termination after

the change in policy. In the ruling, the state cited that Whidden hospital "failed to establish that the (myself) was discharged for deliberate misconduct in willful disregard of the employing unit's interest or for violation of a uniformly enforced rule."

27. Clearly, I've made no misrepresentations.

28. I would like the court to consider these facts:

a. We know the ARRT uses vagueness like "continuing education issues" and "ethics issues" to create the impression that I am a bad person, to slander.

b. We know that the ARRT has communicated to other people claims of misrepresentations that I have proven wrong.

c. We know the ARRT contacted the State for the purpose of attempting to convince the State to revoke my State license.

d. We know that the ARRT maintains a "we control who works" attitude.

e. And we now know that, during the period of time the chief was deciding my fate, the ARRT was in communication and that there was a distinct change in attitude towards me after these communications. The Whidden even adopted the ARRT "ethics issues" specific wording.

f. And we know that I lost my job, lost my home, lost my profession - lost everything.

29. Why didn't the ARRT inform the Whidden hospital the following:

a. That they received compensation from me for administering the examination in July of 1993.

b. That I passed the examination.

c. That the ARRT wishes to eliminate all evidence that I passed the test.

d. That the ARRT considers the payment of annual dues an irreconcilable situation.

e. That the ARRT wants to deny my right to work because of my failure to keep current my payment of the annual dues.

30. All of which are true. In fact, I contend the ARRT would be even more honest using the above rather than the intentionally vague "issues".

31. And why, since I have permanently left the profession, does the ARRT still want to hurt me ? This seems particularly cruel does it not?

32. The ARRT deemed the payment of annual dues as an irreconcilable situation. Creating this current situation. And now they claim they have been harmed by the situation they created.

33. The last Friday I worked at the Whidden, I clocked out at 4 pm. I then worked another 4 hours, until 8pm, for no monetary compensation assisting a vascular surgeon prepare some cases for a presentation, because I was the only one capable of operating the x-ray equipment. This behavior brought honor to the profession.

34. While the ARRT was contacting the State, with their "ethics issues", attempting to convince the State to revoke my license, I was clocking out at 4 pm., going up to the third floor of the hospital to sit with a man dying of pancreatic cancer and who didn't want to be alone. This behavior brought honor to the profession.

35. I have dedicated 20 years of my life to being an "exceeds standards" x-ray technologist who commits 20 hours per week to continuing education. How specifically and exactly has the ARRT and the profession been harmed ?

36. I on the other hand, have lost everything.

37. And yet, the ARRT still wants to harm me for a situation of their creation, after I have permanently left the profession. This appears to be particularly cruel and unusual, does it not?

Sincerely,

Ralph R. Nelson

*Ralph R Nelson*