IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, <br><br> Plaintiff, <br><br> v. <br><br> RALPH R. NELSON, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-12657-MLW ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 1, 2005, the address of Choate, Hall & Stewart, attorneys for Plaintiff, American Registry of Radiologic Technologists, will be changed to 2 International Place, Boston, MA 02110. The telephone and fax numbers of the firm, as well as the e-mail addresses of individual counsel, will remain the same.

Respectfully submitted,

CHOATE HALL & STEWART

_/s/_

Robert M. Buchanan, Jr. (Bar No. 545910)
Mark S. Freeman (Bar No. 636290)
2 International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

*Attorneys for Plaintiff*
*American Registry of Radiologic Technologists*

Dated: July 27, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 07-27-05

3964209v1