UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF
RADIOLOGIC TECHNOLOGISTS,

    Plaintiff,

v.

RALPH R. NELSON,

    Defendant.

File No. 04-12657-CIV-MLW

## MOTION OF THE AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS TO DISMISS RALPH NELSON'S COUNTERCLAIM FOR WANT OF PROSECUTION

Plaintiff, the American Registry of Radiologic Technologists ("ARRT"), pursuant to Federal Rule of Civil Procedure 41, and Local Rule 41.1, hereby moves the Court for an Order dismissing Defendant Ralph R. Nelson's Counterclaim for Tortious Interference with Advantageous Relations for Want of Prosecution.

Simultaneously with the filing of the present motion, ARRT is also filing a Motion for Entry of Default and the accompanying Declaration of Mark S. Freeman in Support of the Motion for Entry of Default. For the factual and procedural background of this present motion to dismiss, ARRT hereby incorporates by reference and relies on its Motion for Entry of Default and the supporting Declaration of Mark S. Freeman.

On March 1, 2005, Defendant Nelson filed a pleading entitled "Motion to Dismiss Plaintiff's Complaint and Counter Suit, [Tortious] Interference with Advantageous

3977784v1

Relations." He subsequently filed a pleading entitled "Clarifications Provided by the Defendant" on April 8, 2005. Since that time, Mr. Nelson has filed no further pleadings, and has failed to comply with the Court's order of June 24, 2005, wherein the Court directed that, by July 20, 2005, Mr. Nelson "respond to the Complaint in the manner required by Rule 8(b) or risk being defaulted." In addition, Mr. Nelson has failed to keep ARRT's counsel and this Court apprised of his current whereabouts, a violation of Local Rule 83.5.2(e), which requires in part that "each party appearing pro se is under a continuing duty to notify the clerk of any change of address and telephone number."

Rule 41 of the Federal Rules of Civil Procedure provides that a Counterclaim may be dismissed when a counterclaimant fails to prosecute his claim, or fails to comply with the Rules of Civil Procedure or any order of the Court. Fed. R. Civ. P. 41(b) and (c). Mr. Nelson failed to comply with this Court's June 24, 2005 Order, failed to keep the Court and ARRT apprised of his whereabouts in violation of Local Rule 83.5.2(e), and has failed to prosecute his Counterclaim. Therefore, ARRT is entitled to dismissal of Defendant Nelson's Counterclaim.

For the foregoing reasons, ARRT respectfully requests that the Court grant this motion to dismiss. In the alternative, ARRT asks that the Court order Mr. Nelson to show cause why his counterclaim should not be dismissed for want of prosecution.

3977784v1

Dated: September ___, 2005

Respectfully submitted,

CHOATE HALL & STEWART LLP

By: _____
Robert M. Buchanan, Jr. (Bar No. 545910)
Mark S. Freeman (Bar No. 636290)
53 State Street
Boston, Massachusetts 02109-2804
Telephone: (617) 248-5027
Facsimile: (617) 248-4000

AND

DORSEY & WHITNEY LLP
    James K. Langdon II (MN #0171931)
    Kimberly Fuhrman (MN #0301772)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
*Attorneys for Plaintiff and Counterclaim Defendant American Registry of Radiologic Technologists*

3

3977784v1