UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF
RADIOLOGIC TECHNOLOGISTS,

File No. 04-12657-CIV-MLW

Plaintiff,

v.

RALPH R. NELSON,

Defendant.

## DECLARATION OF MARK S. FREEMAN IN SUPPORT OF ARRT'S MOTION FOR ENTRY OF DEFAULT

I, Mark S. Freeman, declare:

1.    I am an attorney at the law firm of Choate Hall & Stewart LLP, which is located at Two International Place, Boston, Massachusetts 02110. I am one of the attorneys representing the American Registry of Radiologic Technologists ("ARRT") in the above-captioned matter.

2.    On December 20, 2005, ARRT filed its Complaint in this matter. On January 25, 2005, ARRT effected service on Defendant Nelson by posting the summons and complaint at his last and usual place of abode.

3.    On March 1, 2005, Defendant Nelson responded to ARRT's complaint by filing with this Court a pleading captioned as "Motion To Dismiss Plaintiff's Complaint and Counter Suit, [Tortious] Interference with Advantageous Relations" ("Defendant's motion"). Defendant Nelson has never served ARRT with this motion.

4. Defendant Nelson's motion purported to respond to certain but not all of the allegations in ARRT's complaint. Therefore, on March 24, 2005, ARRT also filed a Motion for Order Requiring Defendant To Answer Fully ARRT's Complaint. On April 8, 2005, Defendant filed a pleading entitled "Clarifications Provided by the Defendant," but this also did not fully respond to the allegations in ARRT's Complaint.

5. When Defendant Nelson filed his motion with the Court on March 1, 2005, he provided a post office box as his address rather than the physical address which ARRT had previously used to serve him. Thereafter, ARRT's counsel corresponded with Mr. Nelson using that post office box. For instance, attached hereto as **Exhibit A** is copy of a March 18, 2005 letter sent to Mr. Nelson by my co-counsel on this matter, Kimberly Fuhrman, asking that Mr. Nelson confer with us regarding ARRT's intention to file the motion requesting that he answer each and every allegation in ARRT's complaint. ARRT's counsel never received a response from Mr. Nelson to this letter, but it was not returned by the post office.

6. Attached hereto as **Exhibit B** is a copy of an April 15, 2005 letter sent by Ms. Fuhrman to Defendant Nelson, requesting that he participate in a Rule 26(f) conference. Mr. Nelson never responded to this letter and therefore no Rule 26(f) conference has taken place. This letter was not returned to ARRT's counsel by the post office.

7. Attached hereto as **Exhibit C** is a copy of a May 26, 2005 letter from Ms. Fuhrman to Defendant Nelson, providing him copies of ARRT's Rule 26(a)(1) initial

2

disclosures. This letter was not returned to ARRT's counsel by the post office. Mr. Nelson never provided ARRT with any initial disclosures.

8.      On May 26, 2005, ARRT's counsel sent a letter to Mr. Nelson proposing a settlement of this case, a copy of which is attached hereto as **Exhibit D**. The letter was not returned by the post office.

9.      Defendant Nelson responded to ARRT's settlement proposal by a letter dated June 1, 2005, a copy of which is attached hereto as **Exhibit E**. This was the first direct communication ARRT received from Mr. Nelson; it also turned out to be the last. In Mr. Nelson's letter, he stated that he agreed to the settlement terms set forth in ARRT's letter dated May 26, 2005.

10.     On June 6, 2005, ARRT's counsel sent a letter to Mr. Nelson confirming receipt of his June 1 letter, and informing him that a draft settlement agreement would follow. A copy of the June 6 letter is attached hereto as **Exhibit F**. This letter was not returned to ARRT's counsel by the post office.

11.     On June 15, 2005, ARRT sent the draft proposed settlement agreement to Mr. Nelson. A copy of the June 15 letter is attached hereto as **Exhibit G**. In the letter, ARRT requested that Mr. Nelson review the draft carefully and, if he wished, contact an attorney to review the draft as well. This letter was not returned to ARRT's counsel by the post office. Mr. Nelson never responded to the letter.

12.     On June 24, 2005, the Court issued its order directing Mr. Nelson to respond fully to ARRT's complaint. As a courtesy, Ms. Fuhrman forwarded a copy of the Court's order to Mr. Nelson. A copy of her letter is attached hereto as **Exhibit H**.

3

That letter was not returned to ARRT's counsel by the post office. Mr. Nelson never responded to the letter.

13.    On July 28, 2005, having heard nothing from Mr. Nelson, ARRT's counsel sent another letter informing him that he had not complied with the Court's June 24, 2005 Order, but that ARRT was still willing to enter the settlement agreement which the parties had previously discussed. However, if it heard nothing from Mr. Nelson by August 22, it would move for entry of default. A copy of the July 28 letter is attached hereto as **Exhibit I**.

14.    On August 11, 2005, ARRT's July 28 letter to Mr. Nelson (Ex. I.) was returned to ARRT's counsel by the U.S. Postal Service. A copy of the returned envelope, stamped by the post office as undeliverable, is attached hereto as **Exhibit J**. The stamp also noted that the post office box had been closed and that the Postal Service was unable to forward the letter. This was the first time that any piece of correspondence directed to Mr. Nelson was returned to ARRT.

15.    Also on August 11, after receiving the returned letter, ARRT's counsel attempted to re-send the July 28 letter to Mr. Nelson via certified mail, this time using the physical street address ARRT originally had for Mr. Nelson at which ARRT effected service on him in January. A copy of the August 11, 2005 letter to Mr. Nelson is attached hereto as **Exhibit K**. On August 22, 2005, this letter was also returned to ARRT by the Postal Service. A copy of the returned envelope is attached hereto as **Exhibit L**.

16.    To date, ARRT has received no further communications from Mr. Nelson, whose current whereabouts are unknown.

4

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___1st___ day of ___September___, 2005

Mark S. Freeman

4843-0597-4272\1 8/31/2005 2:29 PM
3977778v1

# Exhibit A



KIMBERLY FUHRMAN
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

March 18, 2005

**VIA EXPRESS MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

      Re:    *American Registry of Radiologic Technologists v. Ralph R. Nelson*, Case No. 04-12657-MLW

Dear Mr. Nelson:

As you know, I am one of the attorneys representing the American Registry of Radiologic Technologists ("ARRT") in the above-referenced case. The Court in this matter forwarded to us a copy of your Motion to Dismiss Plaintiff's Complaint and Counter Suit. On Thursday of next week, March 24, 2005, we will be filing our Response to your Counterclaim. We also plan to file a motion requesting that you answer each and every allegation in ARRT's complaint, as you have not done so yet. Please let us know if you will consent to the motion. You can reach me at (612) 340-5670, or you can reach my colleague Mark Freeman at (617) 248-4708. Thank you.

                    Sincerely,

                    Kimberly Fuhrman

cc:    Mark S. Freeman, Esq. (via e-mail and U.S. Mail)

# Exhibit B



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

April 15, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts  02113

      Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
              Case No. 04-12657-MLW

Dear Mr. Nelson:

      As you will recall, I am one of the attorneys representing the American Registry of Radiologic Technologists ("ARRT") in the above-referenced case.

      According to Rule 26(f) of the Federal Rules of Civil Procedure, the parties to a case must have a conference "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make and arrange the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. . . ." We can conduct this conference over the telephone. Once we have completed the conference, we must submit to the Court a written report within fourteen days after the conference.

      Please provide us with a telephone number at which you can be reached and tell us when would be a good time to call you so we can try to arrange the Rule 26(f) conference. I suggest that we have the conference no later than April 29. If you have questions, you can write or call me (612-340-5670), or you can call my colleague Mark Freeman at (617) 248-4708. Thank you.

                        Sincerely,

                        Kimberly Fuhrman

cc:    Mark Freeman, Esq. (via e-mail)

# Exhibit C



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

May 26, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

> Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
>         Case No. 04-12657-MLW

Dear Mr. Nelson:

Pursuant to Federal Rule of Civil Procedure 26(a)(1),enclosed and served upon you are ARRT's initial disclosures in this matter.

Sincerely,

Kimberly Fuhrman

Enclosures

cc:    , Mark Freeman, Esq. (via e-mail, w/enc.)

bcc:   Tom Kraker (via e-mail, w/enc.)
       Mark Lavoie (via U.S. Mail, w/enc.)
       Jim Langdon (w/o enc.)

# Exhibit D



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

May 26, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson                         *Confidential – For Settlement Purposes*
P.O. Box 130295                             *Only (Fed. R. Evid. 408)*
Boston, Massachusetts 02113

     Re:   *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
           Case No. 04-12657-MLW

Dear Mr. Nelson:

     I sent you a letter dated April 15, 2005, asking that you contact me, or my colleague
Mark Freeman, regarding our request to have a Rule 26(f) conference. You did not respond to
that letter. We have since sent a letter to the Court requesting a status conference in this case.
If you would like to talk in advance of any conference the Court may schedule, please write or
call me (612-340-5670), or call Mr. Freeman at (617) 248-4708.

     ARRT is confident of its prospects at trial were this matter to proceed; however, we
welcome the opportunity to discuss settlement with you. At this early stage of the proceedings,
ARRT would be willing to dismiss its claims against you if, in turn, you would agree to these
general settlement terms:

     (1)    Dismiss your Counterclaim and any and all other claims you may have against
             ARRT;

     (2)    Immediately and permanently stop representing to anyone, including but not
             limited to potential employers, that you are registered or certified with ARRT; and,

     (3)    Immediately and permanently stop using any documents that bear the ARRT
             name or trademark, and return any such documents in your possession to ARRT.

This would be subject to the parties agreeing on the precise and final terms for such an
agreement. Please note that this offer is for purposes of settlement and compromise only, and
is not admissible in evidence for any purpose.

     If you consent to these general terms and would like to discuss this settlement demand
further, please contact me or Mr. Freeman as soon as possible. This offer will expire after the
status conference we have with the Court. This offer is based on the current stage and posture
of this litigation, and in the event that ARRT is forced to spend more money to protect its rights
and to defend against your Counterclaim, the chances of reaching a settlement agreement may
diminish.



Mr. Ralph Nelson
May 26, 2005
Page 2

Sincerely,

Kimberly Fuhrman

cc:     Mark Freeman, Esq. (via e-mail)

# Exhibit E

JUN 0 6 2005

## ROB NELSON

P.O Box 130295
Boston, Massachusetts
02113

June 1, 2005

Ms. Kimberly Fuhrman

Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN
55402

Dear Ms. Fuhrman,

It is tragic that this matter was not properly resolved years ago. I have been forced to exit the profession I loved. The profession I promoted with dignity.

I have no intention on looking back.

I will agree to your three general settlement terms listed in your letter dated 26 May 2005.

*Ralph A. Nelson*

Ralph Nelson

# Exhibit F



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

June 6, 2005

**VIA U.S. MAIL**

Mr. Ralph Nelson
P.O. Box 130295
Boston, MA 02113

> Re:   *American Registry of Radiologic Technologists v. Ralph R. Nelson*,
>         Case No. 04-12657-MLW

Dear Mr. Nelson:

Today I received your letter dated June 1, 2005, in which you agreed to the general settlement terms outlined in my May 26, 2005, letter to you. I will draft a settlement agreement containing those terms and will send it to you for review. In the meantime, please feel free to call me at (612) 340-5670 if you have questions. Thank you.

Sincerely,

Kimberly Fuhrman

cc:   Mark S. Freeman, Esq. (via e-mail)

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · **T** 612.340.2600 · **F** 612.340.2868
SUITE 1500 · 50 SOUTH SIXTH STREET · MINNEAPOLIS, MINNESOTA 55402-1498

USA  CANADA  EUROPE  ASIA

# Exhibit G



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

June 15, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

     Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
           Case No. 04-12657-MLW

Dear Mr. Nelson:

     This is a follow-up to my letter of June 6, 2005, in which I told you I would send a draft settlement agreement for your review.

     I've enclosed both a draft settlement agreement, which the parties would sign between themselves, and a draft consent judgment, which would be signed by the parties and also signed and entered by the Court to resolve this matter. Please review both documents carefully and, if you so desire, please contact an attorney to review them as well.

     If you have questions about either document, feel free to call or write me or call my colleague Mark Freeman (617-248-4708). If you disagree with any provision of either document, please let us know so we can discuss it with you further.

     If you agree to the terms of the settlement agreement and consent judgment as written, please execute both and return them to me in the enclosed self-addressed, stamped envelope. We will then see that both documents are executed on our end, will file the consent judgment with the Court, and will send you copies of the fully executed documents. Please note that both documents must be signed in the presence of a notary public. If you do not have access to a notary, please inform us and we will arrange for a time and place that you could sign in front of a notary. Again, please let Mr. Freeman or me know if you have questions. Thank you.

                               Sincerely,

                               Kimberly Fuhrman

Enclosures (3)

cc:    Mark Freeman, Esq. (via e-mail, w/enc.)

# Exhibit H



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

June 24, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

> Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson;*
> Case No. 04-12657-MLW

Dear Mr. Nelson:

We received the enclosed Order today, which we are sending to you as a courtesy in the event that you have not yet received a copy.

Sincerely,

Kimberly Fuhrman

Enclosure (1)

cc:    Mark Freeman, Esq. (via e-mail, w/enc.)

-----Original Message-----
From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Friday, June 24, 2005 1:15 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-12657-MLW American Registry of
Radiologic Technologists v. Nelson "Order on Motion for Order"


Docket Text:
Judge Mark L. Wolf : Electronic ORDER entered granting [6] Motion for
Order Requiring Defendant to Answer Fully ARRT's Complaint.  Nelson,
shall, by 7/20/2005 respond to the Complaint in the manner required by
Rule 8(b) or risk being defaulted. (O'Leary, Dennis)

# Exhibit I

**DORSEY**
DORSEY & WHITNEY LLP

KIMBERLY FUHRMAN
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

July 28, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, MA  02113

      Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
              Case No. 04-12657-MLW

Dear Mr. Nelson:

On June 24, 2005, the Court issued an order in this matter requiring that, by July 20, 2005, you "respond to the Complaint in the manner required by Rule 8(b) or risk being defaulted." As a courtesy, we sent you a copy of the Court's order via U.S. Mail. You have not complied with the order, and therefore we intend to move for default judgment. However, ARRT is still willing to enter the proposed settlement agreement that I sent you on June 15, 2005, in which case we would not move for default judgment.

If we do not hear back from you by August 22, 2005, we intend to move for default judgment. As always, you may call me at (612) 340-5670, or you may call my colleague Mark Freeman at (617) 248-4708, if you have questions.

              Sincerely,

              Kimberly Fuhrman

cc:    Mark Freeman, Esq. (via e-mail)

# Exhibit J



DORSEY & WHITNEY LLP

021134+0006 06

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, MA 02113

NELSON, RALPH R 02113532/1/05 RE 08/04/05
RETURN TO SENDER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER



# Exhibit K



KIMBERLY FUHRMAN
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

August 11, 2005

**VIA CERTIFIED MAIL**

Mr. Ralph R. Nelson
57 Charter Street
Apartment 2A
Boston, MA  02113

>    Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
>           Case No. 04-12657-MLW

Dear Mr. Nelson:

Please review the enclosed letter, which I sent to your U.S. Post Office Box, Box No. 130295, on July 28, 2005. You had previously provided that P.O. Box to the Court in this matter, we have previously corresponded with you using that address, and we have previously received correspondence from you for which you used that address. Just today, however, the letter I sent you on July 28 was returned by the Postal Service, with a notation stating that the P.O. Box was closed and the Postal Service is unable to forward the letter. Therefore, I am resending the letter to the street address we originally had for you.

You may call me at (612) 340-5670 if you have questions, or you may call my colleague Mark Freeman at (617) 248-4708.

> Sincerely,
>
> Kimberly Fuhrman

Enclosure
cc:    Mark Freeman, Esq. (w/enc., via e-mail)



KIMBERLY FUHRMAN
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

July 28, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, MA  02113

      Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
              Case No. 04-12657-MLW

Dear Mr. Nelson:

        On June 24, 2005, the Court issued an order in this matter requiring that, by July 20, 2005, you "respond to the Complaint in the manner required by Rule 8(b) or risk being defaulted." As a courtesy, we sent you a copy of the Court's order via U.S. Mail. You have not complied with the order, and therefore we intend to move for default judgment. However, ARRT is still willing to enter the proposed settlement agreement that I sent you on June 15, 2005, in which case we would not move for default judgment.

        If we do not hear back from you by August 22, 2005, we intend to move for default judgment. As always, you may call me at (612) 340-5670, or you may call my colleague Mark Freeman at (617) 248-4708, if you have questions.

                              Sincerely,

                              Kimberly Fuhrman

cc:    Mark Freeman, Esq. (via e-mail)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA CANADA EUROPE ASIA

# Exhibit L



**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark Here

Sent To
Mr. Ralph R. Nelson
Street, Apt. No.; or PO Box No.
57 Charter Street
City, State, ZIP+4
Apartment 2A
Boston, MA  02113

PS Form 3800, May 2000    See Reverse for Instructions

■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

Is your RETURN ADDRESS completed on the reverse?

3. Article Addressed to:

Mr. Ralph R. Nelson
57 Charter Street
Apartment 2A
Boston, MA  02113

14a. Article Number
7000 1670 5748

4b. Service Type
☐ Registered
☐ Express Mail
☐ Return Receipt

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address and fee is paid

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    Domestic Return Receipt

Mr. Ralph R. Nelson
57 Charter Street
Apartment 2A
Boston, MA  02113

5748
2618

RETURN TO SENDER
USA # 7030

SUITE 1500, 50 SOUTH SIXTH STREET
MINNEAPOLIS, MN  55402-1498

DORSEY & WHITNEY LLP

DORSEY

**First Class Mail**

UNKNOWN
6-16

# Exhibit A



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

March 18, 2005



**VIA EXPRESS MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

> Re: *American Registry of Radiologic Technologists v. Ralph R. Nelson*, Case No. 04-12657-MLW

Dear Mr. Nelson:

As you know, I am one of the attorneys representing the American Registry of Radiologic Technologists ("ARRT") in the above-referenced case. The Court in this matter forwarded to us a copy of your Motion to Dismiss Plaintiff's Complaint and Counter Suit. On Thursday of next week, March 24, 2005, we will be filing our Response to your Counterclaim. We also plan to file a motion requesting that you answer each and every allegation in ARRT's complaint, as you have not done so yet. Please let us know if you will consent to the motion. You can reach me at (612) 340-5670, or you can reach my colleague Mark Freeman at (617) 248-4708. Thank you.

Sincerely,

Kimberly Fuhrman

cc: Mark S. Freeman, Esq. (via e-mail and U.S. Mail)

# Exhibit B



KIMBERLY FUHRMAN
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

April 15, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

     Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
          Case No. 04-12657-MLW

Dear Mr. Nelson:

     As you will recall, I am one of the attorneys representing the American Registry of Radiologic Technologists ("ARRT") in the above-referenced case.

     According to Rule 26(f) of the Federal Rules of Civil Procedure, the parties to a case must have a conference "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make and arrange the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. . . ." We can conduct this conference over the telephone. Once we have completed the conference, we must submit to the Court a written report within fourteen days after the conference.

     Please provide us with a telephone number at which you can be reached and tell us when would be a good time to call you so we can try to arrange the Rule 26(f) conference. I suggest that we have the conference no later than April 29. If you have questions, you can write or call me (612-340-5670), or you can call my colleague Mark Freeman at (617) 248-4708. Thank you.

               Sincerely,

               Kimberly Fuhrman

cc:    Mark Freeman, Esq. (via e-mail)

# Exhibit C



DORSEY & WHITNEY LLP

KIMBERLY FUHRMAN
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

May 26, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

     Re:   *The American Registry of Radiologic Technologists v. Ralph R. Nelson;*
           Case No. 04-12657-MLW

Dear Mr. Nelson:

     Pursuant to Federal Rule of Civil Procedure 26(a)(1),enclosed and served upon you are
ARRT's initial disclosures in this matter.

Sincerely,

Kimberly Fuhrman

Enclosures

cc:   . Mark Freeman, Esq. (via e-mail, w/enc.)

bcc:  Tom Kraker (via e-mail, w/enc.)
      Mark Lavoie (via U.S. Mail, w/enc.)
      Jim Langdon (w/o enc.)

# Exhibit D



**DORSEY**
DORSEY & WHITNEY LLP

**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

May 26, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson                        *Confidential – For Settlement Purposes*
P.O. Box 130295                            *Only (Fed. R. Evid. 408)*
Boston, Massachusetts 02113

     Re:   *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
            Case No. 04-12657-MLW

Dear Mr. Nelson:

     I sent you a letter dated April 15, 2005, asking that you contact me, or my colleague Mark Freeman, regarding our request to have a Rule 26(f) conference. You did not respond to that letter. We have since sent a letter to the Court requesting a status conference in this case. If you would like to talk in advance of any conference the Court may schedule, please write or call me (612-340-5670), or call Mr. Freeman at (617) 248-4708.

     ARRT is confident of its prospects at trial were this matter to proceed; however, we welcome the opportunity to discuss settlement with you. At this early stage of the proceedings, ARRT would be willing to dismiss its claims against you if, in turn, you would agree to these general settlement terms:

     (1)    Dismiss your Counterclaim and any and all other claims you may have against ARRT;

     (2)    Immediately and permanently stop representing to anyone, including but not limited to potential employers, that you are registered or certified with ARRT; and,

     (3)    Immediately and permanently stop using any documents that bear the ARRT name or trademark, and return any such documents in your possession to ARRT.

This would be subject to the parties agreeing on the precise and final terms for such an agreement. Please note that this offer is for purposes of settlement and compromise only, and is not admissible in evidence for any purpose.

     If you consent to these general terms and would like to discuss this settlement demand further, please contact me or Mr. Freeman as soon as possible. This offer will expire after the status conference we have with the Court. This offer is based on the current stage and posture of this litigation, and in the event that ARRT is forced to spend more money to protect its rights and to defend against your Counterclaim, the chances of reaching a settlement agreement may diminish.



Mr. Ralph Nelson
May 26, 2005
Page 2

Sincerely,

Kimberly Fuhrman

cc:     Mark Freeman, Esq. (via e-mail)

DORSEY & WHITNEY LLP

# Exhibit E

JUN 0 6 2005

ROB NELSON

P.O Box 130295
Boston, Massachusetts
02113

June 1, 2005

Ms. Kimberly Fuhrman

Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN
55402

Dear Ms. Fuhrman,

It is tragic that this matter was not properly resolved years ago. I have been forced to exit the profession I loved. The profession I promoted with dignity.

I have no intention on looking back.

I will agree to your three general settlement terms listed in your letter dated 26 May 2005.

*Ralph R. Nelson*

Ralph Nelson

# Exhibit F



DORSEY
DORSEY & WHITNEY LLP

**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

June 6, 2005

**VIA U.S. MAIL**

Mr. Ralph Nelson
P.O. Box 130295
Boston, MA 02113

      Re:   *American Registry of Radiologic Technologists v. Ralph R. Nelson*,
           Case No. 04-12657-MLW

Dear Mr. Nelson:

      Today I received your letter dated June 1, 2005, in which you agreed to the general settlement terms outlined in my May 26, 2005, letter to you. I will draft a settlement agreement containing those terms and will send it to you for review. In the meantime, please feel free to call me at (612) 340-5670 if you have questions. Thank you.

                Sincerely,

                Kimberly Fuhrman

cc:   Mark S. Freeman, Esq. (via e-mail)

# Exhibit G



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

June 15, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

    Re:   *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
          Case No. 04-12657-MLW

Dear Mr. Nelson:

    This is a follow-up to my letter of June 6, 2005, in which I told you I would send a draft settlement agreement for your review.

    I've enclosed both a draft settlement agreement, which the parties would sign between themselves, and a draft consent judgment, which would be signed by the parties and also signed and entered by the Court to resolve this matter. Please review both documents carefully and, if you so desire, please contact an attorney to review them as well.

    If you have questions about either document, feel free to call or write me or call my colleague Mark Freeman (617-248-4708). If you disagree with any provision of either document, please let us know so we can discuss it with you further.

    If you agree to the terms of the settlement agreement and consent judgment as written, please execute both and return them to me in the enclosed self-addressed, stamped envelope. We will then see that both documents are executed on our end, will file the consent judgment with the Court, and will send you copies of the fully executed documents. Please note that both documents must be signed in the presence of a notary public. If you do not have access to a notary, please inform us and we will arrange for a time and place that you could sign in front of a notary. Again, please let Mr. Freeman or me know if you have questions. Thank you.

                          Sincerely,

                          Kimberly Fuhrman

Enclosures (3)

cc:    Mark Freeman, Esq. (via e-mail, w/enc.)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA CANADA EUROPE ASIA

# Exhibit H



DORSEY & WHITNEY LLP

**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

June 24, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, Massachusetts 02113

> Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
> Case No. 04-12657-MLW

Dear Mr. Nelson:

We received the enclosed Order today, which we are sending to you as a courtesy in the event that you have not yet received a copy.

Sincerely,

Kimberly Fuhrman

Enclosure (1)

cc:    Mark Freeman, Esq. (via e-mail, w/enc.)

-----Original Message-----
From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Friday, June 24, 2005 1:15 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-12657-MLW American Registry of
Radiologic Technologists v. Nelson "Order on Motion for Order"


Docket Text:
Judge Mark L. Wolf : Electronic ORDER entered granting [6] Motion for
Order Requiring Defendant to Answer Fully ARRT's Complaint.   Nelson,
shall, by 7/20/2005 respond to the Complaint in the manner required by
Rule 8(b) or risk being defaulted. (O'Leary, Dennis)

# Exhibit I



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

July 28, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, MA  02113

     Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
             Case No. 04-12657-MLW

Dear Mr. Nelson:

     On June 24, 2005, the Court issued an order in this matter requiring that, by July 20, 2005, you "respond to the Complaint in the manner required by Rule 8(b) or risk being defaulted." As a courtesy, we sent you a copy of the Court's order via U.S. Mail. You have not complied with the order, and therefore we intend to move for default judgment. However, ARRT is still willing to enter the proposed settlement agreement that I sent you on June 15, 2005, in which case we would not move for default judgment.

     If we do not hear back from you by August 22, 2005, we intend to move for default judgment. As always, you may call me at (612) 340-5670, or you may call my colleague Mark Freeman at (617) 248-4708, if you have questions.

                     Sincerely,

                     Kimberly Fuhrman

cc:    Mark Freeman, Esq. (via e-mail)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA  CANADA  EUROPE  ASIA

# Exhibit J



DORSEY

DORSEY & WHITNEY LLP

0211134000⁶ 0⁶

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, MA 02113

NEL-SAYS RETURN TO SENDER
NELSON·RALPH
PH BOX
UNABLE CLOSED
RETURN TO FORWARD
SENDER

0211339₂/ 1/05 5₂ 08/04/05



# Exhibit K



**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

August 11, 2005

**VIA CERTIFIED MAIL**

Mr. Ralph R. Nelson
57 Charter Street
Apartment 2A
Boston, MA  02113

      Re:   *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
             Case No. 04-12657-MLW

Dear Mr. Nelson:

Please review the enclosed letter, which I sent to your U.S. Post Office Box, Box No. 130295, on July 28, 2005. You had previously provided that P.O. Box to the Court in this matter, we have previously corresponded with you using that address, and we have previously received correspondence from you for which you used that address. Just today, however, the letter I sent you on July 28 was returned by the Postal Service, with a notation stating that the P.O. Box was closed and the Postal Service is unable to forward the letter. Therefore, I am resending the letter to the street address we originally had for you.

You may call me at (612) 340-5670 if you have questions, or you may call my colleague Mark Freeman at (617) 248-4708.

                Sincerely,

                Kimberly Fuhrman

Enclosure
cc:    Mark Freeman, Esq. (w/enc., via e-mail)

**DORSEY**
DORSEY & WHITNEY LLP

**KIMBERLY FUHRMAN**
(612) 340-5670
FAX (612) 340-8800
fuhrman.kimberly@dorsey.com

July 28, 2005

**VIA US MAIL**

Mr. Ralph R. Nelson
P.O. Box 130295
Boston, MA  02113

      Re:    *The American Registry of Radiologic Technologists v. Ralph R. Nelson*;
           Case No. 04-12657-MLW

Dear Mr. Nelson:

      On June 24, 2005, the Court issued an order in this matter requiring that, by July 20, 2005, you "respond to the Complaint in the manner required by Rule 8(b) or risk being defaulted." As a courtesy, we sent you a copy of the Court's order via U.S. Mail. You have not complied with the order, and therefore we intend to move for default judgment. However, ARRT is still willing to enter the proposed settlement agreement that I sent you on June 15, 2005, in which case we would not move for default judgment.

      If we do not hear back from you by August 22, 2005, we intend to move for default judgment. As always, you may call me at (612) 340-5670, or you may call my colleague Mark Freeman at (617) 248-4708, if you have questions.

                     Sincerely,

                     Kimberly Fuhrman

cc:    Mark Freeman, Esq. (via e-mail)

# Exhibit L

