UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF
RADIOLOGIC TECHNOLOGISTS,

File No. 04-12657-CIV-ML

    Plaintiff,

v.

RALPH R. NELSON,

    Defendant.

## MOTION TO WITHDRAW PREVIOUS MOTIONS FOR ENTRY OF DEFAUL[T] AND TO DISMISS FOR WANT OF PROSECUTION

Plaintiff, the American Registry of Radiologic Technologists ("ARRT"), hereby requests that the Court withdraw the ARRT's Motion for Entry of Default and Motion t[o] Dismiss Ralph Nelson's Counterclaim for Want of Prosecution. The ARRT filed both motions on September 1, 2005. Just this week, Ralph Nelson mailed to ARRT's counse[l] a signed settlement agreement and Consent Judgment. He did not include a return address. However, the Consent Judgment, which is being filed simultaneously with this motion, fully resolves this case. There is, therefore, no need for the Court to rule on ARRT's two previous motions.

WHEREFORE, the ARRT requests that this Court allow it to withdraw its Motions for Entry of Default and to Dismiss for Want of Prosecution, and to enter the Consent Judgment being filed herewith.

Dated: September 23, 2005

Respectfully submitted,

CHOATE HALL & STEWART LLP

By: _____
    Robert M. Buchanan, Jr. (Bar No. 545910)
    Mark S. Freeman (Bar No. 636290)
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

AND

DORSEY & WHITNEY LLP
    James K. Langdon II (MN #017193
    Kimberly Fuhrman (MN #0301772)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
*Attorneys for Plaintiff and Counterclaim Defendant American Registry of Radiologi Technologists*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF
RADIOLOGIC TECHNOLOGISTS,

File No. 04-12657-CIV-ML

      Plaintiff,

v.

RALPH R. NELSON,

      Defendant.

## CONSENT JUDGMENT

The parties hereto have agreed to a settlement of the matters in issue betwe   them, having executed a Settlement Agreement at the same time they signed this Cons   Judgment, and have agreed to the entry of this Consent Judgment. By executing t   Consent Judgment (and the Settlement Agreement), the parties both agree that they   resolving all of their claims, counterclaims, and all other potential claims that preser   exist. It is, therefore, hereby **ORDERED, ADJUDGED, AND DECREED:**

    1.    This Court has jurisdiction over Plaintiff, the American Registry  f   Radiologic Technologists ("ARRT"), over Defendant, Ralph R. Nelson ("Defenc  t   Nelson" or "Nelson"), and over the subject matter of this action, and venue is proper.

    2.    ARRT is the owner of the ARRT® trademark (the "Mark" or the "AF   Mark"), which it adopted in or around 1962, and which was registered by the Un  l   States Patent and Trademark Office on the Principal Register on April 29, 1980. (A c  y   of the ARRT Mark is attached as Exhibit A to ARRT's Complaint in this matter.)

3. ARRT will suffer irreparable harm by Defendant Nelson's use of the ARRT Mark, and other designations substantially similar to the Mark, in the advertisement, sale, or offer for sale of his services as a radiologic technologist.

4. Defendant Nelson is hereby permanently enjoined and prohibited from using, copying, or otherwise misappropriating directly or indirectly the ARRT Mark, any other mark, word, or name confusingly similar thereto.

5. Defendant Nelson is permanently enjoined from representing, orally, writing, or via any other medium, to any person or entity, including present or potential employers, that he is registered with, certified by, or accredited by the ARRT.

6. Defendant Nelson shall deliver to ARRT all materials in his possession, custody or control that use the ARRT Mark, as soon as is feasible, but in any event no later than August 19, 2005.

7. Defendant Nelson agrees that by executing this Consent Judgment, his Counterclaim is dismissed with prejudice.

8. This Consent Judgment shall be binding on the parties and their successors or assigns.

9. Each party hereto shall bear its own costs and expenses, including attorneys' fees.

10. This Court shall retain jurisdiction to enforce any violation of the terms of this Consent Judgment.

Dated this _____ of _____, 2005

**SO ORDERED:**

_____
The Honorable Mark L. Wolf
United States District Court Judge

By:

RALPH R. NELSON

*Ralph R. Nelson*
_____
P.O. Box 130295
Boston, Massachusetts 02113

Subscribed and sworn to before me
this 12th day of Sept., 2005.

*Barbara J. Breslin*
_____
Notary Public

Barbara J. Breslin
Notary Public
Commission Expires
[illegible] 2008

By:

CHOATE HALL & STEWART LLP

By: *Mark S. Freeman*
_____
    Robert M. Buchanan, Jr. (Bar No.
    545910)
    Mark S. Freeman (Bar No. 636290)
53 State Street
Boston, Massachusetts 02109-2804
Telephone: (617) 248-5027
Facsimile: (617) 248-4000

AND

DORSEY & WHITNEY LLP
    James K. Langdon II (MN #01719:
    Kimberly Fuhrman (MN #0301772
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Plaintiff and Counterclaim Defendant American Registry of Radiolog Technologists*