UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN REGISTRY OF
RADIOLOGIC TECHNOLOGISTS,

File No. 04-12657-CIV-MLW

Plaintiff,

v.

RALPH R. NELSON,

Defendant.

### CONSENT JUDGMENT

The parties hereto have agreed to a settlement of the matters in issue between them, having executed a Settlement Agreement at the same time they signed this Consent Judgment, and have agreed to the entry of this Consent Judgment. By executing this Consent Judgment (and the Settlement Agreement), the parties both agree that they are resolving all of their claims, counterclaims, and all other potential claims that presently exist. It is, therefore, hereby **ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over Plaintiff, the American Registry of Radiologic Technologists ("ARRT"), over Defendant, Ralph R. Nelson ("Defendant Nelson" or "Nelson"), and over the subject matter of this action, and venue is proper.

2. ARRT is the owner of the ARRT® trademark (the "Mark" or the "ARRT Mark"), which it adopted in or around 1962, and which was registered by the United States Patent and Trademark Office on the Principal Register on April 29, 1980. (A copy of the ARRT Mark is attached as Exhibit A to ARRT's Complaint in this matter.)

3. ARRT will suffer irreparable harm by Defendant Nelson's use of the ARRT Mark, and other designations substantially similar to the Mark, in the advertisement, sale, or offer for sale of his services as a radiologic technologist.

4. Defendant Nelson is hereby permanently enjoined and prohibited from using, copying, or otherwise misappropriating directly or indirectly the ARRT Mark, or any other mark, word, or name confusingly similar thereto.

5. Defendant Nelson is permanently enjoined from representing, orally, in writing, or via any other medium, to any person or entity, including present or potential employers, that he is registered with, certified by, or accredited by the ARRT.

6. Defendant Nelson shall deliver to ARRT all materials in his possession, custody or control that use the ARRT Mark, as soon as is feasible, but in any event no later than August 19, 2005.

7. Defendant Nelson agrees that by executing this Consent Judgment, his Counterclaim is dismissed with prejudice.

8. This Consent Judgment shall be binding on the parties and their successors or assigns.

9. Each party hereto shall bear its own costs and expenses, including attorneys' fees.

10. This Court shall retain jurisdiction to enforce any violation of the terms of this Consent Judgment.

Dated this _____ of _____, 2005

**SO ORDERED:**

_____   October 13, 2005
The Honorable Mark L. Wolf
United States District Court Judge

By:

RALPH R. NELSON

_____
P.O. Box 130295
Boston, Massachusetts 02113

Subscribed and sworn to before me this 12th day of Sept., 2005.

_____
Notary Public

Barbara J. Breslin
Notary Public
My Commission Expires
November 21, 2008

By:

CHOATE HALL & STEWART LLP

By: _____
Robert M. Buchanan, Jr. (Bar No. 545910)
Mark S. Freeman (Bar No. 636290)
53 State Street
Boston, Massachusetts 02109-2804
Telephone: (617) 248-5027
Facsimile: (617) 248-4000

AND

DORSEY & WHITNEY LLP
James K. Langdon II (MN #0171931)
Kimberly Fuhrman (MN #0301772)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Plaintiff and Counterclaim Defendant American Registry of Radiologic Technologists*

3

4852-0840-0384\1 5/15/2005 1:00 PM